957 A.2d 1169

SHASHI AGARWAL PLAINTIFF–RESPONDENT, v.
POONAM AGARWAL, DEFENDANT–MOVANT.

September 9, 2008.

It is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Superior Court, Chancery Division, to reconsider defendant's motion for relief in aid of litigant's rights on the merits and, if such relief is denied, to order plaintiff to post a supersedeas bond pending appeal pursuant to *Rule* 2:9–6.

957 A.2d 1169

STATE OF NEW JERSEY, PLAINTIFF–
MOVANT, v. J.J., DEFENDANT.

September 15, 2008.

It is ORDERED that the motion to dismiss the State's appeal and summarily remand the matter to the trial court for a correction of defendant's sentence (M–10) is granted.

957 A.2d 1169

PARAGON CONTRACTORS INC., PLAINTIFF–RESPONDENT,
v. PEACHTREE CONDOMINIUM ASSOCIATION, ET AL.,
DEFENDANTS–MOVANTS.

September 18, 2008.

It is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider appeal on the merits.